1 SHARON L. ANDERSON (SBN 94814)
County Counsel
2 D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
3 COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
4 Martinez, California 94553
Telephone: (925) 335-1800
5 Facsimile: (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for Defendants
COUNTY OF CONTRA COSTA
SHERIFF DAVID LIVINGSTON
WILLIAM HOWARD and TOWN OF DANVILLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL KATZ,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, ALICIA SPENGER, CHRISTOPHER BUTLER, BENNY CHETCUTI, JR., ROSEMARIE CHETCUTI BUTLER, LYNN DAVIS, SHARON TAYLOR, STEPHEN TANABE, WILLIAM HOWARD, SHERIFF DAVID LIVINGSTON, TOWN OF DANVILLE and DOES ONE to FIFTY, inclusive,<br><br>    Defendants. | Case No. C11-05771 EMC<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE (as to Town of Danville and Sheriff ~~David Livingston only~~)<br><br>Judge: The Honorable Edward M. Chen<br>Crtrm: 5, 17th Floor, San Francisco |
| ALICIA SPENGER,<br><br>    Cross-complainant,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, CHRISTOPHER BUTLER, STEPHEN TANABE, CARL MARINO, TOWN OF DANVILLE, and ROES 1 through 50 inclusive,<br><br>    Cross-defendants. | |

The following Stipulation is entered between Plaintiff Mitchell Katz and Defendants County of Contra Costa, Sheriff David Livingston, and the Town of Danville.

**I.    RECITATIONS**

A.    In the First Amended Complaint in the above-entitled action, plaintiff Mitchell Katz named the Town of Danville ("Town") as a defendant in the Seventh Cause of Action (False Arrest), the Eighth Cause of Action (Abuse of Process), the Ninth Cause of Action (Intentional Infliction of Emotional Distress), the Tenth Cause of Action (Negligence) and the Thirteenth Cause of Action (Negligent Hiring). Said claims are based on the theory that Town employed defendants Stephen Tanabe and William Howard and set policies for their actions.

B.    In the First Amended Complaint in the above-entitled action, plaintiff Mitchell Katz named Sheriff David Livingston in the Fifth Cause of Action (Unconstitutional Hiring) and the Sixth Cause of Action (Unconstitutional Policy and Practice). Sheriff Livingston was named as a defendant in his individual and official capacity.

C.    At all times mentioned in the First Amended Complaint, the County of Contra Costa ("County") contracted with Town to provide police services. Under the contract, sheriff's deputies, trained and employed by the County, were not subject to Town control. Said deputies were subject to County-drafted policies. Pursuant to the contract, Town did not employ, control, or set policy for the deputies assigned under the contract. Such deputies were under the supervision and control of superior officers employed by the County.

D.    Sheriff David Livingston did not take office as Sheriff of Contra Costa County until January 3, 2011.

E.    Sheriff Livingston did not personally participate in any of the events alleged in the First Amended Complaint.

F.    Sheriff Livingston did not formulate any of the policies in effect at the time of Mr. Katz's arrest on January 14, 2011.

///

///

///

## II. STIPULATION BETWEEN THE COUNTY OF CONTRA COSTA AND PLAINTIFF MITCHELL KATZ

A. The County was the employer of defendants Stephen Tanabe and William Howard at the time of Plaintiff's arrest on January 14, 2011. (This fact is stipulated solely for the purpose of this stipulation as the parties recognize that William Howard as a Reserve Deputy Sheriff may not be an "employee" of the County under applicable law.)

B. Town was not the employer of defendants Stephen Tanabe and William Howard on January 14, 2011.

C. Sheriff's deputies working under contract for the Town were subject to policies and procedures of the Contra Costa County Sheriff's Office and not the Town at the time of Plaintiff's arrest on January 14, 2011.

D. Sheriff David Livingston did not take office until January 3, 2011.

## III. STIPULATION OF DISMISSAL BETWEEN THE COUNTY, SHERIFF DAVID LIVINGSTON, THE TOWN OF DANVILLE, AND PLAINTIFF MITCHELL KATZ

A. Based upon the above Recitations and the Stipulation between the County and plaintiff, defendant Town of Danville and defendant Sheriff David Livingston are dismissed without prejudice from the plaintiff's above-entitled action.

B. Plaintiff will not reinitiate the above-entitled action against said dismissed defendants unless the recitations above prove to be untrue or plaintiff discovers some other independent ground for liability against said dismissed defendants.

///
///
///
///
///
///
///
///
///

1     C. In exchange for the dismissal without prejudice, defendants Town of Danville and Sheriff David Livingston waive any costs or fees incurred to date arising from this action.

Dated: August 29, 2012                THE GEARINGER LAW GROUP

By: /s/ Brian Gearinger
    BRIAN GEARINGER
    R. STEPHEN M LAROE
    Attorneys for Plaintiff
    MICHAEL KATZ

Dated: August 29, 2012                SHARON L. ANDERSON, County Counsel

By:   /s/
    D. CAMERON BAKER
    Deputy County Counsel
    Attorneys for Defendants
    COUNTY OF CONTRA COSTA
    SHERIFF DAVID LIVINGSTON
    WILLIAM HOWARD, TOWN OF
    DANVILLE

**ORDER**

Pursuant to stipulation, it is ORDERED that defendants Town of Danville and Sheriff David Livingston are dismissed without prejudice.

Dated:___9/4_____, 2012                                          
THE HONORABLE EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED* — Judge Edward M. Chen (UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)