1 Andrew Schwartz (State Bar No. 100210)
Frank Sommers (State Bar No. 109012)
2 **SOMMERS & SCHWARTZ LLP**
550 California Street
3 Sacramento Tower, Suite 700
San Francisco, CA 94104
4 Telephone: (415) 955-0925
Facsimile: (415) 955-0927
5
6 Attorneys for Defendant and Cross-complainant,
ALICIA SPENGER
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL KATZ, | Case No. CV 11-05771 EMC |
| Plaintiff, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE (AS TO DEFENDANT ALICIA SPENGER)** |
| vs. | |
| COUNTY OF CONTRA COSTA, ALICIA SPENGER, CHRISTOPHER BUTLER, BENNY CHETCUTI, JR., ROSEMARIE CHETCUTI BUTLER, LYNN DAVIS, SHARON TAYLOR, STEPHEN TANABE, WILLIAM HOWARD, SHERIFF DAVID LIVINGSTON, TOWN OF DANVILLE and DOES ONE to FIFTY, inclusive, | Judge: Honorable Edward M. Chen |
| | Date Action Filed: December 1, 2011 |
| | Trial Date: Not set |
| Defendants. | |
| ALICIA SPENGER, | |
| Cross-complainant, | |
| vs. | |
| COUNTY OF CONTRA COSTA, CHRISTOPHER BUTLER, STEPHEN TANABE, CARL MARINO, TOWN OF DANVILLE, and ROES 1 through 50, inclusive, | |
| Cross-defendants. | |

The following Stipulation is entered into between Plaintiff Mitchell Katz and Defendant Alicia Spenger.

I.     **RECITATIONS**

A.     In the First Amended Complaint in the above-entitled action, Plaintiff Mitchell Katz in the Second Claim for Relief (Conspiracy to Commit Bad Faith Arrest), the Fourth Claim for Relief (Conspiracy to Commit Egregious Official Conduct Intended to Injure), the Seventh Claim for Relief (False Arrest), the Eighth Claim for Relief (Abuse of Process), the Ninth Claim for Relief (Intentional Infliction of Emotional Distress, the Tenth Claim for Relief (Negligence), the Eleventh Claim for Relief (Intrusion into Private Affairs) and the Twelfth Claim for Relief (Recording of Confidential Information (Pen. Code §§ 632, 637.2).

B.     In the case of <u>Alicia Spenger vs. Mitchell Katz</u>, a family law action in the Superior Court of California for the County of Alameda, Case No. HF11558073 ("the family law matter"), Mr. Katz and Ms. Spenger reached a partial settlement which included a settlement of Mr. Katz's claims against Ms. Spenger in this matter, and the attendant consideration for that settlement, by placing the terms of the settlement on the record in open court before the Honorable Alice Vilardi, Superior Court Judge, on June 14, 2012.

C.     As agreed by counsel for the parties on the record in open court, Mr. Katz agreed to "dismiss the lawsuit currently pending, the federal civil lawsuit currently pending against Ms. Spenger ... with prejudice (transcript at 6:15 - 17) ... and (provided) a general release of all claims not before the Family Court that have been or could have been brought in the civil case" (transcript at 8:17 - 21).

D.     Counsel for Mr. Katz and Ms. Spenger have drafted a formal settlement agreement for filing in this matter based on the above-described settlement in the family law matter, which conforms with the above-described settlement in open court, but have not been able to finalize it as yet due to difficulty obtaining a review of that agreement by Mr. Katz's new family law attorney with regard to whether the new agreement, as drafted, might have unintended impact on the continued proceedings in the family law matter.

E.     The parties to this Stipulation and their counsel enter into this stipulation to dismiss Mr. Katz's action herein against Ms. Spenger, without prejudice, to simplify the upcoming Joint Status

1  Conference and this litigation for the court and the remaining parties, and to relieve Ms. Spenger and
2  her counsel from participation in that Conference and in the case going forward.  Counsel for both
3  parties contemplates that Mr. Katz will dismiss his claims against Ms. Spenger with prejudice once
4  that settlement agreement herein is finalized.  Ms. Spenger's counsel intend to go forward with a like
5  Stipulation of Dismissal between Ms. Spenger as Cross-complainant and the County of Contra Costa,
6  Christopher Butler, Stephen Tanabe, Carl Marino, and the Town of Danville as Cross-defendants, on
7  Ms. Spenger's cross-complaint against these Cross-defendants, once Mr. Katz's claims against Ms.
8  Spenger are dismissed.

## II.   STIPULATION BETWEEN MITCHELL KATZ AND ALICIA SPENGER

A.  Based upon the above Recitations, Defendant Alicia Spenger is dismissed without prejudice from the Plaintiff's above-entitled action in this Court.

B.  In exchange for the dismissal without prejudice, Defendant Alicia Spenger waives any costs or fees incurred to date arising from this action.

DATED: September 16, 2012               THE GEARINGER LAW GROUP

                                        /s/ Brian Gearinger
                                        By: Brian Gearinger, Attorneys for Plaintiff
                                        Mitchell Katz

DATED: September 18, 2012               SOMMERS & SCHWARTZ, LLP


                                        /s/ Andrew Schwartz
                                        By: Andrew H. Schwartz, Attorneys for
                                        Defendant and Cross-complainant Alicia Spenger


## ORDER

Pursuant to stipulation, it is ORDERED that Defendant Alicia Spenger is dismissed without prejudice.



DATED: September 20, 2012
                                        HONORABLE EDWARD M. CHEN

*IT IS SO ORDERED*
*Judge Edward M. Chen*

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE (AS TO DEFENDANT ALICIA SPENGER)**

# CERTIFICATE OF SERVICE

I, Aubrey Miller, declare:

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Sommers & Schwartz LLP, 550 California Street, Suite 700, The Sacramento Tower, San Francisco, CA 94104. On September 18, 2012, I served the document described and captioned as:

- **STIPULATION OF DISMISSAL WITHOUT PREJUDICE (AS TO DEFENDANT ALICIA SPENGER)**

on the parties below by mailing a true copy thereof to the parties as follows:

| | |
|---|---|
| Sharon L. Anderson<br>Office of County Counsel<br>Contra Costa County<br>P.O. Box 69<br>Cty Adm Bldg<br>Martinez, CA 94553 | Lynn Davis<br>1465 Cherrydale Drive<br>San Jose, CA 95125 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 18, 2012.          /s/ Aubrey Miller
                                          Aubrey Miller