SHARON L. ANDERSON (SBN 94814)
County Counsel
MONIKA L. COOPER (SBN 193729)
Supervising Deputy County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:  (925) 335-1800
Facsimile:   (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for Defendants
COUNTY OF CONTRA COSTA
AND WILLIAM HOWARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL KATZ,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, ALICIA SPENGER, CHRISTOPHER BUTLER, BENNY CHETCUTI, JR., ROSEMARIE CHETCUTI BUTLER, LYNN DAVIS, SHARON TAYLOR, STEPHEN TANABE, WILLIAM HOWARD, SHERIFF DAVID LIVINGSTON, TOWN OF DANVILLE and DOES ONE to FIFTY, inclusive,<br><br>        Defendants. | Case No. C11-05771 EMC<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE<br><br>Judge: The Honorable Edward M. Chen<br>Crtrm: 5, 17th Floor, San Francisco |
| ALICIA SPENGER,<br><br>        Cross-complainant,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, CHRISTOPHER BUTLER, STEPHEN TANABE, CARL MARINO, TOWN OF DANVILLE, and ROES 1 through 50 inclusive,<br><br>        Cross-defendants. | |

The following Stipulation is entered between Plaintiff Mitchell Katz and Defendant William Howard by and through their counsel.

## I. RECITATION

A. In the First Amended Complaint in the above entitled action, plaintiff Mitchell Katz named William Howard as a defendant.

## III. STIPULATION OF DISMISSAL BETWEEN PLAINTIFF MITCHELL KATZ AND DEFENDANT WILLIAM HOWARD

A. Plaintiff dismisses defendant William Howard without prejudice from the above-entitled action.

B. Defendant William Howard agrees that he will appear for deposition and trial in response to the service of the appropriate notice, either a notice of deposition or notice to appear for trial, on his counsel of record as set forth above.

C. In exchange for the dismissal, defendant William Howard waives any costs or fees incurred to date arising from this action.

Dated: September 28, 2012          THE GEARINGER LAW GROUP

                                   By: /s/
                                   BRIAN GEARINGER
                                   Attorneys for Plaintiff
                                   Michael Katz

Dated: September 28, 2012          SHARON L. ANDERSON, County Counsel

                                   By: /s/
                                   D. CAMERON BAKER
                                   Deputy County Counsel
                                   Attorneys for Defendants
                                   COUNTY OF CONTRA COSTA
                                   AND WILLIAM HOWARD

///
///
///
///

|    |    |
|---|---|
| 1  | **ORDER** |
| 2  | IT IS HEREBY ORDERED that defendants William Howard is dismissed without |
| 3  | prejudice based on the Recitation and Stipulation set forth above. |
| 4  | Dated:_____October 1_____, 2012 |
| 5  | _____ THE HONORABLE EDWARD M. CHEN  United States District Judge |

1  **ORDER**

2  IT IS HEREBY ORDERED that defendants William Howard is dismissed without

3  prejudice based on the Recitation and Stipulation set forth above.

4  Dated:_____October 1_____, 2012

5  _____
   THE HONORABLE EDWARD M. CHEN
   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
C11-05771 EMC                                                                                                           3