1  SHARON L. ANDERSON (SBN 94814)
   County Counsel
2  MONIKA L. COOPER (SBN 193729)
   Supervising Deputy County Counsel
3  D. CAMERON BAKER (SBN 154432)
   Deputy County Counsel
4  COUNTY OF CONTRA COSTA
   651 Pine Street, Ninth Floor
5  Martinez, California 94553
   Telephone:  (925) 335-1800
6  Facsimile:   (925) 335-1866
   Electronic Mail: cameron.baker@cc.cccounty.us
7
   Attorneys for Defendants
8  COUNTY OF CONTRA COSTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MITCHELL KATZ, | Case No. C11-05771 EMC |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF'S FIFTH, SIXTH AND THIRTEENTH CAUSES OF ACTION |
| v. | |
| COUNTY OF CONTRA COSTA, ALICIA SPENGER, CHRISTOPHER BUTLER, BENNY CHETCUTI, JR., ROSEMARIE CHETCUTI BUTLER, LYNN DAVIS, SHARON TAYLOR, STEPHEN TANABE, WILLIAM HOWARD, SHERIFF DAVID LIVINGSTON, TOWN OF DANVILLE and DOES ONE to FIFTY, inclusive, | Judge: The Honorable Edward M. Chen  Crtrm: 5, 17th Floor, San Francisco |
| Defendants. | |
| ALICIA SPENGER, | |
| Cross-complainant, | |
| v. | |
| COUNTY OF CONTRA COSTA, CHRISTOPHER BUTLER, STEPHEN TANABE, CARL MARINO, TOWN OF DANVILLE, and ROES 1 through 50 inclusive, | |
| Cross-defendants. | |

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF PLAINTIFF'S HIRING CLAIMS
WITHOUT PREJUDICE – C11-05771 EMC                                                                                                  1

The following Stipulation is entered between Plaintiff Mitchell Katz and Defendant County of Contra Costa by and through their counsel.

A. Plaintiff has asserted three claims relating to the hiring of Defendant Steven Tanabe: 1) the Fifth Cause of Action (Unconstitutional Hiring of Deputy Tanabe); 2) the Sixth Cause of Action (Unconstitutional Policy and Practice (*Monell-Adickes*)), which claim is dependent on his Fifth Cause of Action; and 3) the Thirteenth Cause of Action (Negligent Hiring of Deputy Tanabe).

B. Plaintiff dismisses each of these causes of action **without prejudice**.

C. In exchange for this dismissal, Defendant Contra Costa County waives any costs and fees incurred to date relating to these three dismissed claims.

Dated: October 12, 2012    THE GEARINGER LAW GROUP

By: /s/
BRIAN GEARINGER
Attorneys for Plaintiff
Mitchell Katz

Dated: October 12, 2012    SHARON L. ANDERSON, County Counsel

By: /s/
D. CAMERON BAKER
Deputy County Counsel
Attorneys for Defendants
COUNTY OF CONTRA COSTA

## ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff's Fifth Cause of Action (Unconstitutional Hiring of Deputy Tanabe), Sixth Cause of Action (Unconstitutional Policy and Practice (*Monell-Adickes*)), and Thirteenth Cause of Action (Negligent Hiring of Deputy Tanabe) are dismissed without prejudice.

Dated: 10/15, 2012

THE HONORABLE EDWARD M. CHEN
United States District Judge