SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:  (925) 335-1800
Facsimile:   (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for Defendant
COUNTY OF CONTRA COSTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL KATZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, ALICIA SPENGER, CHRISTOPHER BUTLER, BENNY CHETCUTI, JR., ROSEMARIE CHETCUTI BUTLER, LYNN DAVIS, SHARON TAYLOR, STEPHEN TANABE, WILLIAM HOWARD, SHERIFF DAVID LIVINGSTON, TOWN OF DANVILLE and DOES ONE to FIFTY, inclusive,<br><br>　　　　Defendants. | Case No. C11-5771 EMC<br>Case No. C12-4268 EMC<br>(RELATED CASES)<br><br>STIPULATION AND [PROPOSED] ORDER TO RE-SET CASE MANAGEMENT CONFERENCES TO DECEMBER 21, 2012<br><br>Judge: The Honorable Edward M. Chen<br>Crtrm: 5, 17th Floor, San Francisco |
| HASAN ARDA AKSU,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, SUZANNE PORTER, TERRENCE THOMPSON, CHRISTOPHER BUTLER, BENNY CHETCUTI, JR., STEPHEN TANABE, SHERIFF DAVID LIVINGSTON and DOES ONE to FIFTY, inclusive,<br><br>　　　　Defendants. | |

STIPULATION AND [PROPOSED] ORDER TO RE-SET CASE MANAGEMENT CONFERENCES TO DECEMBER 21, 2012 -  Case Nos. C11-5771 EMC & C12-4268 EMC

1

1 **STIPULATION**

2    Pursuant to Northern District of California Local Rule 712, Plaintiffs Hasan Arda Aksu and
3 Mitchell Katz and defendants County of Contra Costa, Christopher Butler, Benny Chetcuti, Jr.,
4 Rosemary Chetcuti Butler, Stephen Tanabe, Lynne Davis, Suzanne Porter, and Terrence Thompson[1]
5 (collectively the "parties") hereby stipulate by and through counsel as follows:

6    1.   On Thursday, November 1, 2012, the Court re-set the case management
7 conferences in these related cases from November 15, 2012 to November 14, 2012.
8 Unfortunately, certain counsel have scheduling conflicts with this change.

9    2.   There will be a hearing in Mr. Tanabe's criminal proceeding on November 20,
10 2012 in Mr. Tanabe's criminal proceeding.

11    3.   Accordingly, there is good cause to continue the case management conferences
12 until after November 20, 2012 and to have the parties provide their joint case management
13 conference statements after this date.

14    4.   The parties have met and conferred respecting a proposed continuance and have
15 agreed, subject to the Court's approval, to holding the case management conferences on
16 December 21, 2012.

17    5.   The parties, therefore, request that this Court re-set the case management
18 conferences in these related cases to December 21, 2012 and direct the parties to submit their
19 joint case management conference statements on December 14, 2012.

21 Dated: November 6, 2012          THE GEARINGER LAW GROUP

                                   By: _____/s/_____
                                       BRIAN GEARINGER
                                       Attorneys for Plaintiffs
                                       Hasan Arda Aksu and
                                       Mitchell Katz

---

[1] The County of Contra Costa, Christopher Butler, Benny Chetcuti, Jr. and Stephen Tanabe are defendants in both of these related cases. Ms. Chetcuti Butler and Ms. Davis are defendants only in *Katz v. County of Contra Costa,* Case No. 11-5771 EMC. Ms. Porter and Mr. Thompson are defendants only in *Aksu v. County of Contra Costa et al.,* Case No. 12-4268  EMC.

1

2  Dated: November 6, 2012                STEELE, GEORGE, SCHOFIELD & RAMOS

3
                                         By: _____/s/_____
4                                             GEOFFREY WM. STEELE, ESQ.
                                              Attorneys for Defendants
5                                             Christopher Butler, Benny Chetcuti, Jr. and
                                              Rosemarie Chetcuti Butler
6

7

8  Dated: November 6, 2012                EDRINGTON, SCHIRMER & MURPHY

9
                                         By: _____/s/_____
10                                            KEITH SCHIRMER, ESQ.
                                              Attorneys for Defendant
11                                            Stephen Tanabe

12

13 Dated: November 6, 2012                HARTNETT, SMITH & PAETKAU

14
                                         By: _____/s/_____
15                                            CHARLES J. SMITH, ESQ.
                                              Attorneys for Defendant
16                                            Lynne Davis

17

18 Dated: November 6, 2012                SINUNU BRUNI LLP

19
                                         By: _____/s/_____
20                                            JAMES N. SINUNU, ESQ
                                              Attorneys for Defendants
21                                            Suzanne Porter and Terrence Thompson

22

23
   Dated: November 6, 2012                SHARON L. ANDERSON, County Counsel
24

25                                       By: _____/s_____
                                              D. CAMERON BAKER
26                                            Deputy County Counsel
                                              Attorneys for Defendants
27                                            COUNTY OF CONTRA COSTA

28

---

STIPULATION AND [PROPOSED] ORDER TO RE-SET CASE MANAGEMENT CONFERENCES TO
DECEMBER 21, 2012 -  Case Nos. C11-5771 EMC & C12-4268 EMC

3

1 **ORDER**

2    PURSUANT TO STIPULATION, IT IS ORDERED that the case management
                                                          at 9:00 a.m.
3 conferences in these related cases are continued to December 21, 2012, and the parties' joint case

4 management conference statements are due on December 14, 2012.

5 **SO ORDERED**.

6
        11/7
7 Dated:_____, 2012                    _____
                                                 THE HONORABLE EDWARD M. CHEN
8                                                United States District Judge



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER TO RE-SET CASE MANAGEMENT CONFERENCES TO
DECEMBER 21, 2012 -  Case Nos. C11-5771 EMC & C12-4268 EMC