IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DUTCHER,<br><br>  Plaintiff,<br><br>   v.<br><br>DON LAWSON,<br><br>  Defendant.          / | No. C 12-01981 CRB<br><br>**ORDER REGARDING ATTENDANCE AT HEARING** |

The Court is in receipt of a letter from James V. Fitzgerald, III, counsel for Defendant Don Lawson, regarding the parties' joint discovery plan. See 2/22/13 Letter (dkt. 67). The parties anticipate discussing the discovery plan with the Court at the upcoming case management conference on March 1, 2013, at 10:00 AM. Id. at 4. In order to facilitate that discussion, the Court DIRECTS that Assistant United States Attorney Hartley M.K. West also attend the case management conference.

**IT IS SO ORDERED.**

Dated: February 26, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\1981\order re cmc.wpd