**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **March 1, 2013**           Time:  12 minutes

**C-12-01981 CRB   DAVID DUTCHER  v.  DON LAWSON**
**C-12-03943 CRB   LANE BAULDRY    v.  COUNTY OF CONTRA COSTA**
**C-11-05571 CRB   MITCHELL KATZ v.  COUNTY OF CONTRA COSTA**
**C-12-04268 CRB   HASAN AKSU       v. COUNTY OF CONTRA COSTA**

Attorneys:    Brian Gearinger     Matthew Pavone, Edward Haas, Tim Pori, James Fitzgerald
              Matt Haley          James Fitzgerald, Allegra Jones, Cameron Baker, Dirk Larsen
              Brian Gearinger     Brandon Douglass. Cameron Baker, Keit Schirmer
              Brian Gearinger     James, Sinunu
              Hartley West

Deputy Clerk: **BARBARA ESPINOZA**                    Reporter: **JoAnn Bryce**

**PROCEEDINGS:**                                                           **RULING:**

1. Case Management Conference re discovery

2. 

3. 

**ORDERED AFTER HEARING:**

Discovery stayed in all cases, cases involving Tanabe are stayed until criminal case has concluded subject to any party requesting that the stay be lifted.

( ) ORDER TO BE PREPARED BY:   Plntf ____  Deft ____  Court ____
( ) Referred to Magistrate Judge for: 

( ) CASE CONTINUED TO ____                    for ____

Discovery Cut-Off ____                         Expert Discovery Cut-Off ____
Plntf to Name Experts by ____                  Deft to Name Experts by ____
P/T Conference Date ____      Trial Date ____       Set for ____ days
                              Type of Trial:  ( )Jury    ( )Court

Notes: