Andrew Schwartz (State Bar No. 100210)
Frank Sommers (State Bar No. 109012)
**SOMMERS & SCHWARTZ LLP**
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 955-0925
Facsimile: (415) 955-0927

Attorneys for Defendant and Cross-Complainant,
ALICIA SPENGER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL KATZ,<br><br>            Plaintiff,<br><br>vs.<br><br>COUNTY OF CONTRA COSTA, ALICIA SPENGER, CHRISTOPHER BUTLER, BENNY CHETCUTI, JR., ROSEMARIE CHETCUTI BUTLER, LYNN DAVIS, SHARON TAYLOR, STEPHEN TANABE, WILLIAM HOWARD, SHERIFF DAVID LIVINGSTON, TOWN OF DANVILLE and DOES ONE to FIFTY, inclusive,<br><br>            Defendants. | Case No. CV 11-05771 CRB<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE (AS TO CROSS-DEFENDANTS COUNTY OF CONTRA COSTA, CHRISTOPHER BUTLER, STEPHEN TANABE AND TOWN OF DANVILLE)**<br><br>Judge: Honorable Charles R. Breyer<br><br>Date Action Filed: December 1, 2011 |
| ALICIA SPENGER,<br><br>            Cross-Complainant,<br><br>vs.<br><br>COUNTY OF CONTRA COSTA, CHRISTOPHER BUTLER, STEPHEN TANABE, CARL MARINO, TOWN OF DANVILLE, and ROES 1 through 50, inclusive,<br><br>            Cross-Defendants. | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE (AS TO CROSS-DEFENDANTS COUNTY OF CONTRA COSTA, CHRISTOPHER BUTLER, STEPHEN TANABE AND TOWN OF DANVILLE)**

This Stipulation is entered into between Cross-Complainant Alicia Spenger and Cross-Defendants County of Contra Costa, Christopher Butler, Stephen Tanabe, and the Town of Danville.

## I. RECITATIONS

A. In the First Amended Complaint, Plaintiff Mitchell Katz asserted claims against Defendant and Cross-Claimant Alicia Spenger in the Second Claim for Relief (Conspiracy to Commit Bad Faith Arrest), the Fourth Claim for Relief (Conspiracy to Commit Egregious Official Conduct Intended to Injure), the Seventh Claim for Relief (False Arrest), the Eighth Claim for Relief (Abuse of Process), the Ninth Claim for Relief (Intentional Infliction of Emotional Distress, the Tenth Claim for Relief (Negligence), the Eleventh Claim for Relief (Intrusion into Private Affairs) and the Twelfth Claim for Relief (Recording of Confidential Information (Pen. Code §§ 632, 637.2).

B. In the case of <u>Alicia Spenger vs. Mitchell Katz</u>, a family law action in the Superior Court of California for the County of Alameda, Case No. HF11558073 ("the family law matter"), Mr. Katz and Ms. Spenger reached a partial settlement which included a settlement of Mr. Katz's claims against Ms. Spenger in this matter and the attendant consideration for that settlement, by placing the terms of the settlement on the record in open court before the Honorable Alice Vilardi, Superior Court Judge, on June 14, 2012. Therein, Mr. Katz agreed to "dismiss the lawsuit currently pending, the federal civil lawsuit currently pending against Mr. Spenger ...... and is giving a general release of all claims not before the Family Court that have been or could have been brought in the civil case."

C. Mitchell Katz and Alicia Spenger have entered into a Stipulation to Dismiss Mr. Katz's claims against Ms. Spenger herein, without prejudice, to simplify the upcoming Joint Status Conference and relieve Ms. Spenger from participation in the case going forward.

D. Given this stipulation between Mr. Katz and Ms. Spenger and the above-described settlement in the family law action, no further cross-claims are necessary and Ms. Spenger enters into this Stipulation to dismiss all of the cross-claims she has asserted in this action.

## II. STIPULATION BETWEEN CROSS-COMPLAINANT ALICIA SPENGER AND CROSS-DEFENDANTS COUNTY OF CONTRA COSTA, CHRISTOPHER BUTLER, STEPHEN TANABE, CARL MARINO, AND TOWN OF DANVILLE

A. Based upon the above Recitations, Cross-Defendants County of Contra Costa,

1  Christopher Butler, Stephen Tanabe and Town of Danville are dismissed without prejudice by Cross-
2  Complainant Alicia Spenger from the above-entitled action.
3         B.      In exchange for the dismissal without prejudice, Cross-Defendants County of Contra
4  Costa, Christopher Butler, Stephen Tanabe and Town of Danville waive any costs or fees incurred to
5  date arising from the cross-complaint of Alicia Spenger in this action.

**IT IS SO STIPULATED.**

DATED: June 12, 2014                          SOMMERS & SCHWARTZ, LLP

                                              */s/* Andrew Schwartz
                                              By: Andrew H. Schwartz, Attorneys for
                                              Defendant and Cross-Complainant Alicia Spenger

DATED: June 12, 2014                          COUNTY COUNSEL, COUNTY OF CONTRA
                                              COSTA

                                              */s/* Cameron Baker
                                              By: D. Cameron Baker, Deputy County Counsel,
                                              Attorneys for Cross-Defendants County of Contra
                                              Costa and Town of Danville

DATED: June 12, 2014                          EDRINGTON, SCHIRMER & MURPHY, LLP

                                              */s/* Keith Schirmer
                                              By: Keith Schirmer, Attorneys for Defendant and
                                              Cross-Defendant Stephen Tanabe

DATED: June 12, 2014                          STEELE, GEORGE, SCHOFIELD & RAMOS,
                                              LLP

                                              */s/* Geoffrey Steele
                                              By: Geoffrey Steele, Attorneys for Defendant and
                                              Cross-Defendant Christopher Butler

1 **<u>ORDER</u>**

2  Pursuant to stipulation, it is ORDERED that the cross-claims asserted by Defendant and Cross-
3 Complainant Alicia Spenger against Cross-Defendants County of Contra Costa, Christopher Butler,
4 Stephen Tanabe and Town of Danville are dismissed without prejudice.

5

6

7

8 DATED:  June 18, 2014                                   _____
                                                         HONORABLE CHARLES R. BREYER
9                                                        SENIOR DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28