**GEARINGER LAW GROUP**
825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7847
Tel. (415) 440-3102

BRIAN GEARINGER (State Bar #146125)
ALLISON B. FRIEDMAN (STATE BAR #236384)

**LAW OFFICES OF CASPER,
MEADOWS, SCHWARTZ & COOK**
2121 N. CALIFORNIA BLVD., SUITE 1020
WALNUT CREEK, CALIFORNIA
94596-7333
Tel. (925) 947-1147

ANDREW C. SCHWARTZ (State Bar #64578)

Attorneys for Plaintiff MITCHELL KATZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL KATZ,<br><br>     Plaintiff,<br><br>     v.<br><br>COUNTY OF CONTRA COSTA, ALICIA SPENGER, CHRISTOPHER BUTLER, BENNY CHETCUTI, JR., ROSEMARIE CHETCUTI BUTLER, LYNN DAVIS, SHARON TAYLOR, STEPHEN TANABE, WILLIAM HOWARD, SHERIFF DAVID LIVINGSTON, TOWN OF DANVILLE and DOES ONE to FIFTY, inclusive.<br><br>     Defendants. | Case No. C 11-05771 CRB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br>[F.R.C.P. RULE 41(a)(1)(A)(ii)]<br><br>Date Action Filed: December 1, 2011<br>Trial Date: Not set. |

  IT IS HEREBY STIPULATED by and between all parties, through their designated counsel, as follows:

/ / /

/ / /

# STIPULATION

Plaintiff Mitchell Katz ("Plaintiff") and Defendant County of Contra Costa, by and through their attorneys of record, hereby stipulate as follows: Plaintiff's First Amended Complaint, including all causes of action asserted therein, is dismissed with prejudice as to Defendant County of Contra Costa only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff and Defendant County of Contra Costa will bear their own attorneys' fees and costs in connection with this action.

**IT IS SO STIPULATED.**

Dated: July 9, 2014                    GEARINGER LAW GROUP


By: /s/ Brian Gearinger
BRIAN GEARINGER
Attorneys for Plaintiff MITCHELL KATZ


Dated: July 9, 2014                    OFFICE OF THE COUNTY COUNSEL OF
                                       CONTRA COSTA


By:    /s/ D. Cameron Baker
D. CAMERON BAKER
Attorneys for Defendants
COUNTY OF CONTRA COSTA


Dated: July 9, 2014                    EDRINGTON, SCHIRMER & MURPHY LLP


By:   /s/ Keith R. Schirmer
PETER P. EDRINGTON
KEITH R. SCHIRMER
Attorneys for Defendant
STEPHEN TANABE

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: July 9, 2014 | STEELE, GEORGE, SCHOFIELD & RAMOS, LLP |
| 2 | | |
| 3 | | By: ___/s/ Geoffrey Wm. Steele___ |
| 4 | | GEOFFREY WM. STEELE<br>Attorneys for Defendants |
| 5 | | BENNY CHETCUTI, JR., ROSEMARIE CHETCUTI BUTLER and CHRISTOPHER BUTLER |
| 6 | | |
| 7 | Dated: July 9, 2014 | HARTNETT, SMITH & PAETKAU |
| 8 | | |
| 9 | | By: ___/s/ Charles J. Smith___ |
| 10 | | CHARLES J. SMITH<br>Attorneys for Defendant |
| 11 | | LYNNE DAVIS |
| 12 | / / / | |
| 13 | / / / | |
| 14 | / / / | |
| 15 | / / / | |
| 16 | / / / | |
| 17 | / / / | |
| 18 | / / / | |
| 19 | / / / | |
| 20 | / / / | |
| 21 | / / / | |
| 22 | / / / | |
| 23 | / / / | |
| 24 | / / / | |
| 25 | / / / | |
| 26 | / / / | |
| 27 | / / / | |
| 28 | / / / | |

**IT IS ORDERED AS FOLLOWS:**

Pursuant to the above Stipulation, Plaintiff's First Amended Complaint as to Defendant County of Contra Costa only is hereby dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff and Defendant County of Contra Costa will bear their own attorneys' fees and costs in connection with this dismissal.

Dated: July 10, 2014          By: _____
                              THE HONORABLE CHARLES R. BREYER
                              United States District

