1  KEITH R. SCHIRMER, Esq. (087691)
   JULIA LEVITSKAIA, Esq. (286042)
2  EDRINGTON, SCHIRMER & MURPHY LLP
   2300 Contra Costa Boulevard, Suite 450
3  Pleasant Hill, CA  94523-3936
   Telephone:  (925) 827-3300
4  Facsimile:   (925) 827-3320
   *Attorneys for Defendant STEPHEN TANABE*
5

6  Brian Gearinger, Esq.
   R. Stephen M. Laroe, Esq.
7  GEARINGER LAW GROUP
   825 Van Ness Avenue, 4th Floor
8  San Francisco, CA  94109-7847
   Telephone:  (415) 440-3102
9  *Attorneys for Plaintiff*

10 Andrew C. Schwartz, Esq.
   LAW OFFICES OF CASPER, MEADOWS,
11    SCHWARTZ & COOK
   2121 N. California Blvd., Suite 1020
12 Walnut Creek, CA  94596-7333
   Telephone: 925-947-1147
13 *Attorneys for Plaintiff*

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16 MITCHELL KATZ,                          )
                                           )  CASE NO.:  C11-05771 CRB
17           Plaintiff,                    )  ORDER
                                           )  **STIPULATED REQUEST FOR ORDER**
18      vs.                                )  **CHANGING TIME OF BRIEFING**
                                           )  **SCHEDULE FOR DEFENDANT**
19 COUNTY OF CONTRA COSTA, ALICIA          )  **TANABE'S MOTION FOR**
   SPENGER, CHRISTOPHER BUTLER,            )  **PROTECTIVE ORDER**
20 BENNY CHETCUTI JR., ROSEMARIE           )
   CHETCUTI BUTLER, LYNN DAVIS,            )  **Date:**     October 10, 2014
21 SHARON TAYLOR, STEPHEN TANABE,          )  **Time:**     10:00 a.m.
   WILLIAM HOWARD, SHERIFF DAVID           )  **Location:** Courtroom 6
22 LIVINGSTON, TOWN OF DANVILLE and        )            450 Golden Gate Avenue
   DOES ONE to FIFTY, inclusive,           )            San Francisco, CA
23                                         )  **Judge:**    Hon. Charles R. Breyer
             Defendants.                   )
24 _____)

25      Pursuant to Civil Local Rule 6-2, the parties, plaintiff MITCHELL KATZ, and defendant

26 STEPHEN TANABE, by and through their respective counsel, hereby stipulate that plaintiff's

27 time to file their opposition to defendant's Motion for Protective Order Restricting Disclosure of

28

                                          1
**STIPULATED REQUEST FOR ORDER CHANGING TIME OF BRIEFING SCHEDULE FOR
DEFENDANT TANABE'S MOTION FOR PROTECTIVE ORDER**

1  Confidential, Private and Sensitive Information (re-filed on August 19, 2014) currently due
2  September 2, 2014, is hereby extended to September 19, 2014; and, defendant's reply to
3  plaintiff's opposition is likewise extended to be due September 26, 2014, for the following
4  reason: parties are presently engaged in efforts to resolve their discovery dispute by stipulation.
5  Granting an extension of time for the parties to file their responsive briefs will provide the parties
6  additional time to review the records in dispute and determine whether a stipulation regarding the
7  records' confidentiality may be reached, if at all. The proposed extension of time will not alter
8  this court's hearing date on defendant's Motion for Protective Order Restricting Disclosure of
9  Confidential, Private and Sensitive Information if no stipulation is reached.

10       IT IS SO STIPULATED.

11  DATED: August 22, 2014                    EDRINGTON, SCHIRMER & MURPHY LLP

13                                            /s/
                                              Keith R. Schirmer

16  DATED: August 22, 2014                    GEARINGER LAW GROUP

18                                            /s/
                                              Brian Gearinger

20  DATED: August 22, 2014                    LAW OFFICES OF CASPER, MEADOWS,
                                              SCHWARTZ & COOK

22                                            /s/
                                              Andrew C. Schwartz

25  IT IS SO ORDERED.

26  Date: 8/25/14                             _____
                                              JUDGE OF THE DISTRICT COURT

2

**STIPULATED REQUEST FOR ORDER CHANGING TIME OF BRIEFING SCHEDULE FOR DEFENDANT TANABE'S MOTION FOR PROTECTIVE ORDER**