IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL KATZ,               | No. C -11-05771(EDL) |
| Plaintiff,                   | **ORDER** |
| v.                           | |
| CONTRA COSTA COUNTY,         | |
| Defendant.                   | |

On November 5, 2014, this Court issued an Order on Plaintiff's Motion to Compel, in which the Court granted Plaintiff's motion to compel responses to Interrogatories 13-16 and Requests for Admission 10, 12-13, 15, 17-21, 24-25, 27-28, 30, 33-34, 38, and 40-41. See Dkt. No. 110. Thereafter Plaintiff submitted a request for clarification as to the deadline for Defendant's responses, and Defendant submitted a letter in response. See Dkt. Nos. 111, 112. Having considered the parties' respective positions, Defendant shall respond to this discovery as soon as possible, but no later than November 19, 2014. Either or both parties may seek a continuance of the summary judgment briefing and hearing deadlines from Judge Breyer, and the parties should endeavor to stipulate to any proposed dates.

**IT IS SO ORDERED.**

Dated: November 7, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge