IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL KATZ, | No. C 11-5771 CRB |
| Plaintiff, | **ORDER DENYING ADMINISTRATIVE MOTION** |
| v. | |
| COUNTY OF CONTRA COSTA, et al., | |
| Defendants. | |

Defendant Stephen Tanabe's Administrative Motion to Set a Special Status Conference (dkt. 134) is DENIED.

**IT IS SO ORDERED.**

Dated: March 2, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE