1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HASAN ARDA AKSU,

        Plaintiff,

  v.

COUNTY OF CONTRA COSTA, et al.,

        Defendants.

No. C 12-04268 CRB

MITCHELL KATZ,

        Plaintiff,

  v.

COUNTY OF CONTRA COSTA, et al.,

        Defendants.

No. C 11-05771 CRB

**ORDER OF RECONSIDERATION**

Upon the motion of Defendant Tanabe, the Court RECONSIDERS its earlier denial of summary judgment as to Plaintiffs' Fourth Amendment claims and the related conspiracy claims. See generally Case No. 12-4268 CRB (dkt. 60); Case No. 11-5771 CRB (dkt. 109). The Court hereby WITHDRAWS the portion of its Order denying summary judgment as to Plaintiffs' Fourth Amendment claims and the related conspiracy claims, and GRANTS

summary judgment for Defendant Tanabe on those claims.  <u>See</u> Case No. 12-4268 CRB (dkt. 66); Case No. 11-5771 CRB (dkt. 119).  A reasoned opinion will follow.

**IT IS SO ORDERED.**

Dated: April 17, 2015

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE