# EDRINGTON, SCHIRMER & MURPHY LLP

PETER P. EDRINGTON
KEITH R. SCHIRMER
TIMOTHY P. MURPHY
JAMES M. MARZAN
DOLORES M. DONOHOE
OWEN T. ROONEY
NANCY A. McPHERSON
VANCE R. WILLIAMS
JULIA LEVITSKAIA
CODY LEE SAAL
JAMES HUAN LY

GARY M. LEPPER
   OF COUNSEL

ATTORNEYS AT LAW
THE TERRACES
2300 CONTRA COSTA BOULEVARD, SUITE 450
PLEASANT HILL, CALIFORNIA 94523-3936

TEL (925) 827-3300
FAX (925) 827-3320

June 19, 2015

Magistrate Judge Joseph C. Spero
Chief Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco CA  94102

Re:	Mitchell Katz v. County of Contra Costa, et al.
	Case No. 3:11-cv-05771 CRB

	Hasan Aksu v. County of Contra Costa, et al.
	Case No. 3:12-cv-04268 CRB

Dear Magistrate Judge Spero:

	Defendant Stephen Tanabe is seeking to continue the July 8, 2015 settlement conference to an agreeable date in September in light of the outcome of settlement discussions in Bauldry v. County of Contra Costa, et al. (Case No. 3:12-cv-03943-CRB) on May 27, 2015 and Tanabe's pending appeal and motion to stay district court proceedings in the Ninth Circuit Court of Appeals.  Alternatively, Tanabe requests that he and a Contra Costa County representative with settlement authority be excused from the July 8, 2015 conference.

	In this case, plaintiff Mitchell Katz and plaintiff Hasan Arda Aksu ("plaintiffs") assert a variety of claims arising out of their arrest by Tanabe for driving under the influence of alcohol.  Significantly, only plaintiffs' section 1983 claims under the Fourth and Fourteenth Amendments and related federal conspiracy claims provide for an award of attorneys' fees.  These claims are currently on appeal before the Ninth Circuit based on Tanabe's assertion of qualified immunity.   Tanabe recently filed motions with the Ninth Circuit requesting a stay of the proceedings before Judge Breyer as to these claims pending the outcome of his appeals.  The Ninth Circuit has not yet ruled on these motions.  For these reasons, it is premature to hold a settlement conference in these cases on July 8, 2015.

1

Hon. Joseph C. Spero                                                                          June 19, 2015
Re:    Katz v. CCC
       USDC Case No. 3:11-cv-05771 CRB

      In the related case of Bauldry, both Tanabe and a representative from Contra Costa County with settlement authority were present at the settlement conference.  There was no settlement reached at that time.  Without going into the substance of the discussions at that settlement conference, it is Tanabe's belief that the settlement discussions in Bauldry were unsuccessful because of the pending appeal in the Ninth Circuit related to the federal claims.  Notably, in that case, as in these cases, the most significant element of damages are the claims for attorneys' fees pursuant to 42 U.S.C. § 1988.  Tanabe now anticipates the same impediments to settlement in Bauldry will preclude successful settlement discussions in Katz and Aksu.

      Tanabe proposes that the Court continue the settlement conference until the Ninth Circuit resolves Tanabe's motion for an order to stay district court proceedings.  Tanabe previously requested that plaintiffs stipulate to this continuance, but plaintiffs' counsel (Brian Gearinger) expressed plaintiffs' preference to proceed with the conference as scheduled and confirmed same in a telephone conversation today.  To the extent that the other defendants involved in these cases are interested in continuing with the scheduled settlement conference, Tanabe alternatively requests that he and the Contra Costa County representative be excused from attending the conference on July 8, 2015.

                      Respectfully submitted,

                      EDRINGTON SCHIRMER & MURPHY LLP

                      /s/ Julia Levitskaia
                      Keith R. Schirmer
                      Julia Levitskaia
                      Attorneys for Defendant STEPHEN TANABE

JL:gh

Dated: June 25, 2015



DENIED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2