United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASAN ARDA AKSU,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>    Defendants. | No. C 12-04268 CRB |
| MITCHELL KATZ,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>    Defendants. | No. C 11-05771 CRB<br><br>**ORDER OF RECONSIDERATION** |

Upon the motion of Defendant Tanabe, the Court RECONSIDERS its earlier denial of summary judgment as to Plaintiffs' Fourth Amendment claims and the related conspiracy claims. See generally Case No. 12-4268 CRB (dkt. 60); Case No. 11-5771 CRB (dkt. 109). The Court hereby WITHDRAWS the portion of its Order denying summary judgment as to Plaintiffs' Fourth Amendment claims and the related conspiracy claims, and GRANTS

summary judgment for Defendant Tanabe on those claims.  <u>See</u> Case No. 12-4268 CRB (dkt. 66); Case No. 11-5771 CRB (dkt. 119).  A reasoned opinion will follow.

**IT IS SO ORDERED.**

Dated: July 31, 2015

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE