**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASAN ARDA AKSU,<br>    Plaintiff,<br>v.<br>COUNTY OF CONTRA COSTA, et al.,<br>    Defendants. | No. C 12-04268 CRB |
| MITCHELL KATZ,<br>    Plaintiff,<br>v.<br>COUNTY OF CONTRA COSTA, et al.,<br>    Defendants. | No. C 11-05771 CRB<br>**ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT** |

      Plaintiffs Michael Katz and Hasan Arda Aksu have filed motions for partial summary judgment as to their Fourteenth Amendment claims against Defendant Stephen Tanabe. <u>See generally</u> MSJ (dkt. 168) in Case no. 11-5771; MSJ (dkt. 115) in Case no. 12-4268. Tanabe has now filed cross-motions for summary judgment/partial summary judgment on Plaintiffs' Fourteenth Amendment and related conspiracy claims. <u>See generally</u> Cross-Motion (dkt. 174) in Case no. 11-5771; Cross-Motion (dkt. 121) in Case no. 12-4268. Pursuant to Civil

1  Local Rule 7-1(b), the Court finds these matters suitable for resolution without oral argument
2  or further briefing.  In light of the parties' genuine dispute over material facts, the motions
3  are DENIED.  See Fed. R. Civ. P. 56(a).

**IT IS SO ORDERED.**

Dated: September 1, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE