


Case 3:11-cv-05771-CRB  Document 186  Filed 09/08/15  Page 1 of 4

Geoffrey Wm. Steele, SBN 219576
**STEELE, GEORGE, SCHOFIELD & RAMOS, LLP**
3100 Oak Road, Suite 100
Walnut Creek, California, 94597-2078
Telephone: (925) 280-1700
Facsimile: (925) 935-1642
Email: gsteele@sgsrlaw.com

Attorneys for Defendants Christopher Butler, Benny Chetcuti, Jr., and Rosemarie Chetcuti Butler

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL KATZ,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, ALICA SPENGER, CHRISTOPHER BUTLER, BENNY CHETCUTI, JR., ROSEMARIE CHETCUTI BUTLER, LYNN DAVIS, SHARON TAYLOR, STEPHEN TANABE, WILLIAM HOWARD, SHERIFF DAVID LIVINGSTON, TOWN OF DANVILLE AND DOES ONE to FIFTY inclusive,<br><br>Defendants. | Case No: C 11-05771 CRB<br>Case Filed: December 1, 2011<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT ROSEMARIE BUTLER.** |

**IT IS HEREBY STIPULATED AND AGREED, by** and between Plaintiff Mitchell Katz ("Plaintiff") and Defendant Rosemarie Butler ("Defendant"), through their respective counsel of record, as follows:

Plaintiff's December 1, 2011 First Amended Complaint for Damages for Violations of Civil Rights and Other Wrongs ("Complaint"), is **dismissed with prejudice** as to Defendant only, pursuant to Federal Rule of Civil Procedure 41(a)(2). Plaintiff and Defendant will bear their own attorneys' fees and costs in connection with this action.

///

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 1, 2015     **GEARINGER LAW GROUP**

　　　　　　　　　　　　　　　　　　/s/　　Brian Gearinger
　　　　　　　　　　　　　　　　Brian Gearinger
　　　　　　　　　　　　　　　　Allison B. Friedman
　　　　　　　　　　　　　　　　Attorneys For Plaintiff Mitchell Katz

Dated: September 1, 2015     **STEELE, GEORGE, SCHOFIELD & RAMOS, LLP**

　　　　　　　　　　　　　　　　　　/s/　　Geoffrey Wm. Steele
　　　　　　　　　　　　　　　　Geoffrey Wm. Steele
　　　　　　　　　　　　　　　　Attorneys for Defendants Christopher Butler, Benny
　　　　　　　　　　　　　　　　Chetcuti, Jr., and Rosemarie Chetcuti Butler

**STIP AND ORDER FOR DISMISSAL**　　　　　　　　　　**CASE NO. C 11-05771 LB**

2

**PURSUANT TO THE ABOVE STIPULATION, IT IS ORDERED AS FOLLOWS:**

Plaintiff Mitchell Katz's December 1, 2011 Complaint for Damages for Violations of Civil Rights and Other Wrongs is dismissed with prejudice as to Defendant Rosemarie Butler only. Plaintiff Mitchell Katz and Defendant Rosemarie Butler will bear their own attorneys' fees and costs in connection with this action.

**IT IS SO ORDERED.**

Dated: September 4, 2015

_____
THE HONORABLE CHARLES R. BREYER
United States District Judge

# PROOF OF SERVICE

I am over the age of eighteen, a resident of the State of California and not a party to the within action. My business address is 3100 Oak Road, Suite 100, Walnut Creek, California, 94597. On September 1, 2015, I caused to be served:

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT ROSEMARIE BUTLER**

By the following Manner of Service:

Electronic Service: On the date executed below, I electronically served the document(s) described below via ECF on each recipient of record on file with ECF in this action.

I declare under penalty of perjury under the laws of the United States of America and State of California that the above is true and correct. Executed at Walnut Creek, California on September 1, 2015.

*[signature]*

Geoffrey Wm. Steele