**GEARINGER LAW GROUP**
740 FOURTH STREET
SANTA ROSA, CALIFORNIA 95404
(415) 440-3102

BRIAN GEARINGER (STATE BAR #146125)

**LAW OFFICES OF CASPER, MEADOWS, SCHWARTZ & COOK**

2121 N. CALIFORNIA BLVD., SUITE 1020
WALNUT CREEK, CALIFORNIA
94596-7333
Tel. (925) 947-1147

ANDREW C. SCHWARTZ (STATE BAR #64578)

ATTORNEYS FOR PLAINTIFF MITCHELL KATZ

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL KATZ,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF CONTRA COSTA, ALICIA SPENGER, CHRISTOPHER BUTLER, BENNY CHETCUTI, JR., ROSEMARIE CHETCUTI BUTLER, LYNN DAVIS, SHARON TAYLOR, STEPHEN TANABE, WILLIAM HOWARD, SHERIFF DAVID LIVINGSTON, TOWN OF DANVILLE and DOES ONE to FIFTY, inclusive,<br>          Defendants. | Case No. C11-05771 CRB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS CHRISTOPHER BUTLER AND BENNY CHETCUTI, JR.**<br>[F.R.C.P. 41(a)(2)]<br><br>Date Action Filed:   December 1, 2011<br>Trial Date:                  **October 5, 2015** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Mitchell Katz ("Plaintiff") and Defendants Christopher Butler and Benny Chetcuti, Jr. ("Defendants"), through their respective counsel of record, as follows:

Plaintiff's February 14, 2012 First Amended Complaint for Damages for Violations of Civil Rights and Other Wrongs ("Complaint"), is dismissed with prejudice as to Defendants only, pursuant to Federal Rule of Civil Procedure 41(a)(2). Plaintiff and Defendants will bear their own attorneys' fees and costs in connection with this action.

/ / /

1     **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

2   Dated:  September 17, 2015    GEARINGER LAW GROUP

4       By: /s/ Brian Gearinger
5       BRIAN GEARINGER
      ATTORNEYS FOR PLAINTIFF HASAN ARDA AKSU

7   Dated:  September 17, 2015    STEELE, GEORGE, SCHOFIELD & RAMOS, LLP

10       By:   /s/ Geoffrey Wm. Steele
      GEOFFREY WM. STEELE
11       Attorneys for Defendants CHRISTOPHER BUTLER and BENNY CHETCUTI, JR.

**PURSUANT TO THE ABOVE STIPULATION, IT IS ORDERED AS FOLLOWS:**

Plaintiff Hasan Arda Aksu's August 13, 2012 Complaint for Damages for Violations of Civil Rights and Other Wrongs is dismissed with prejudice as to Defendants Christopher Butler and Benny Chetcuti, Jr. only. Plaintiff and Defendants Christopher Butler and Benny Chetcuti, Jr. will bear their own attorneys' fees and costs in connection with this action.

**IT IS SO ORDERED.**

Dated:  September 24, 2015        By: _____
                                  THE HONORABLE CHARLES R. BREYER
                                  United States District Judge