**GEARINGER LAW GROUP**
740 FOURTH STREET
SANTA ROSA, CALIFORNIA 95404
(415) 440-3102

BRIAN GEARINGER (STATE BAR #146125)

**LAW OFFICES OF CASPER, MEADOWS, SCHWARTZ & COOK**

2121 N. CALIFORNIA BLVD., SUITE 1020
WALNUT CREEK, CALIFORNIA
94596-7333
Tel. (925) 947-1147

ANDREW C. SCHWARTZ (STATE BAR #64578)

ATTORNEYS FOR PLAINTIFF MITCHELL KATZ

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL KATZ,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, ALICIA SPENGER, CHRISTOPHER BUTLER, BENNY CHETCUTI, JR., ROSEMARIE CHETCUTI BUTLER, LYNN DAVIS, SHARON TAYLOR, STEPHEN TANABE, WILLIAM HOWARD, SHERIFF DAVID LIVINGSTON, TOWN OF DANVILLE and DOES ONE to FIFTY, inclusive,<br><br>  Defendants. | Case No. C11-05771 CRB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT STEPHEN TANABE**<br>[F.R.C.P. 41(a)(2)]<br><br>Date Action Filed: December 1, 2011<br>Trial Date: **October 5, 2015** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Mitchell Katz ("Plaintiff") and Defendant Stephen Tanabe ("Defendant"), through their respective counsel of record, as follows:

Plaintiff's February 14, 2012 First Amended Complaint for Damages for Violations of Civil Rights and Other Wrongs ("Complaint"), is dismissed with prejudice as to Defendant only, pursuant to Federal Rule of Civil Procedure 41(a)(2). Plaintiff and Defendant will bear their own attorneys' fees and costs in connection with this action.

The parties understand that with this dismissal, the entire action is resolved. Accordingly,

1 the parties request that the Court vacate the Status Conference currently set for **October 23, 2015**
2 **at 10:00am.**

3       **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

4 Dated:  October 16, 2015      GEARINGER LAW GROUP

6       By: /s/ Brian Gearinger
7       BRIAN GEARINGER
      ATTORNEYS FOR PLAINTIFF HASAN ARDA AKSU

9 Dated:  October 16, 2015      EDRINGTON, SCHIRMER & MURPHY LLP

11       By:   /s/ Keith R. Schirmer
12       KEITH R. SCHIRMER
      JULIA LEVITSKAIA
13       Attorneys for Defendant STEPHEN TANABE

1  **PURSUANT TO THE ABOVE STIPULATION, IT IS ORDERED AS FOLLOWS:**

2  Plaintiff's February 14, 2012 First Amended Complaint for Damages for Violations of
3  Civil Rights and Other Wrongs is dismissed with prejudice as to Defendant Stephen Tanabe.
4  Plaintiff and Defendant Stephen Tanabe will bear their own attorneys' fees and costs in
5  connection with this action.

6  **IT IS SO ORDERED.**

8  Dated: October 19, 2015            By: _____
                                          THE HONORABLE CHARLES R. BREYER
9                                         United States District Judge